# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138692

CITY OF CENTER LINE,
       Plaintiff/Counter-
       Defendant-Appellant,

v

                                             SC: 138692
                                             COA: 289248
                                           Macomb CC: 2008-001037-CL

POLICE OFFICERS ASSOCIATION OF
MICHIGAN, INC., and ANGELA POST,
       Defendants/Counter-
       Plaintiffs-Appellees.
_____/

      On order of the Court, the application for leave to appeal the March 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

d0518